1 BENJAMIN B. WAGNER
United States Attorney
2 GRACE M. KIM
Regional Chief Counsel, Region IX
3 Social Security Administration
LYNN M. HARADA, CSBN 267616
4 Special Assistant United States Attorney

5
    160 Spear Street, Suite 800
6   San Francisco, California  94105
    Telephone:  (415) 977-8977
7   Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov
8

9 Attorneys for Defendant

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                  **SACRAMENTO DIVISION**

13

14 FRANK B. HALYDAY,              )   CIVIL NO.: 2:12-cv-01761-KJN
                                  )
15      Plaintiff,                )   STIPULATION AND ORDER FOR AN
                                  )   EXTENSION OF TIME
16                                )
         v.                       )
17                                )
   MICHAEL J. ASTRUE,             )
18 Commissioner of                )
   Social Security,               )
19                                )
20      Defendant.                )
   _____)
21

22     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

23 record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from

24 January 30, 2013, to March 8, 2013.  This is Defendant's first request for an extension of time to respond

25 to Plaintiff's motion.  Defendant needs the additional time to further review the file and prepare a

26 response in this matter due to a heavy workload, despite due diligence.

27

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated: January 28, 2013

Respectfully submitted,
/s/ *Ann M. Cerney*
(As authorized via e-mail on 1/28/13)
ANN M. CERNEY
Attorney for Plaintiff

Dated: January 28, 2013

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Lynn M. Harada*
LYNN M. HARADA
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: January 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE